STATE v. BROOKS

No. 356A93

Case below: 111 N.C.App. 558

Petition by Attorney General for writ of supersedeas and temporary stay denied 9 September 1993.

STATE v. CONNER

No. 324P93

Case below: 110 N.C.App. 871

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

STATE v. FARRIS

No. 320PA93

Case below: 111 N.C.App. 254

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 9 September 1993.

STATE v. HAWKINS

No. 286P93

Case below: 110 N.C.App. 837

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 dismissed 9 September 1993.

STATE v. JOHNSON

No. 264P93

Case below: 110 N.C.App. 491

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 September 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.